PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

*CLERK, U.S. DISTRICT COURT — RECEIVED JAN 08 2018 — EASTERN DIST. OF TEXAS*

IN THE UNITED STATES DISTRICT COURT
FOR THE _Eastern_ DISTRICT OF TEXAS
_Eastern_ DIVISION

_Earnest J. Matthews 1191251_
Plaintiff's Name and ID Number

_Hightower   902 FM 686_
Place of Confinement _Dayton, TX. 77535_

CASE NO. _6:18CV5  RWS/JDL_
(Clerk will assign the number)

v.

_Stacey Leblanc   902 FM 686_
Defendant's Name and Address _Dayton, TX. 77535_

_Syed Ameed   902 FM 686_
Defendant's Name and Address _Dayton, TX. 77535_

_Patricia Miller   902 FM 686_
Defendant's Name and Address _Dayton, TX. 77535_
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: *November 3, 2017*
      2. Parties to previous lawsuit:
         Plaintiff(s) *Earnest P. Matthews*
         Defendant(s) *Gordon White*
      3. Court: (If federal, name the district; if state, name the county.) *Southern*
      4. Cause number: *4:17-cv-03378*
      5. Name of judge to whom case was assigned: *Lynn N. Hughes*
      6. Disposition: (Was the case dismissed, appealed, still pending?) *still pending*
      7. Approximate date of disposition: _____

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Hightower 902 FM 686 Dayton, TX. 77535

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ___ YES  ✓ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Earnest P. Matthews 902 FM 686 Dayton, TX. 77535

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Stacey Leblanc; Warden, Hightower Unit 902 FM 686 Dayton, TX. 77535

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Failed to protect inmates from officer Miller.

Defendant #2: Syed Ameed; Laundry Captain, Hightower Unit 902 FM 686 Dayton, TX. 77535

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Failed to protect inmates from officer Miller.

Defendant #3: Patricia Miller; Laundry Sgt. Hightower Unit 902 FM 686 Dayton, TX. 77535

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

She is abusive, and she calls Black People 'Niggers.'

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Off. Miller has always been racially bias. She'd sometimes "slip" and call us Niggers. I didn't think anything of it until Sgt. Butler came to laundry. Off. Miller often called Inmate Lewis a Nigger. Off. Miller told us "the Warden wasn't going to do any thing to her because they were tight. Off. Miller bragged about locking Inmate Becker in laundry by himself for 15 min. while she went to eat, and got away with it. Off. Miller bragged about sending Inmate Dotson ↓

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$6,000,000, and an investigation

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Earnest James Matthews, Julian, Jr.

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1191251

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?    YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied?    YES    NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed?    ___ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: *Jan. 3, 2018*
            DATE

*Earnest J. Matthews*
*Ear J. M——*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___3___ day of *January*, 20 *18*.
           (Day)                (month)          (year)

*Earnest J. Matthews*
*Ear J. M——*
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

III. I am afraid that Off. Miller will retaliate. Not only against me, but also Capt. Ameed.

V. to laundry in the dark unescorted. She even bragged about lying on Lt. Gentry.

In Aug. 2017 Lt. Carroll made me take some days off. On the third day Off. Davis called me to work. When I got there Off. Butler asked "What do you want? I didn't call you." Off. Horsam said "Ms. Davis did, there are no chemicals made." Off. Davis was gone. Off. Horsam did not have a key so I asked Off. Miller "would she let me in the chemical room?" She did, but was upset. On my way to the bathroom for water bucket Off. Miller & Off. Butler were talking. Off. Miller said "if the Nigger's mother just died, why is he at work?" Off. Butler looks at me then goes into the officer's bathroom. Off. Miller walks up to me, says "hey Matthews" and walks off.

After I had set everything in the chem. room up I noticed that the digest container was not open. I went to Off. Horsam, but because he did not have keys he again sent me to Off. Miller. Off. Miller & Inmate Stringer were talking. When I asked her to unlock the container she ignored me. Stringer called her a "cunt" and said "don't you hear Jr. talking?" Off. Miller went in the chem. room (Stringer & I followed) she says to Stringer "don't talk to me like that in front of that Nigger. He talks to the Captain." Then she turns and walks past me again. She's so loud that the boxer folders hear her. I go to Off. Miller and say "Ms. Miller I see that you don't want me here, so I'm leaving." She says "Matthews did somebody tell you something?" I say "I heard you both times."

I then went to speak to Off. Horsam. I told him everything. He told me "to talk to Ms. Davis," because the Capt. wouldn't be back until the next day. (I just left.) The next morning I went to Capt. Ameed. He said "do not worry about Miller or Butler, that he'd take care of everything." Then he said "better yet go talk to her." From day one Off. Miller was the hitting type, but I didn't think she was actually trying to hurt us until that day. Capt. told her to let me in the chem. room, and she was upset. When leaving she dropped something. One of the pressers wanted me to pick it up, but I thought it was a set up. I went to Ms. Miller & said "you dropped something in my area, come pick it up!" She said "what the fuck could I have dropped that you couldn't bring to me?!" When she saw what it was she then said "that's probably some shit my son had." As she was leaving Inmate Castillio was coming. She came back and asked me "did I tell him?" I said "No." She does not believe me. 2 min. later I take Castillio chemicals. Ms. Miller grabs the sour container, when Castillio asks for it she hits him with it!, and she's laughing. He's bleeding!! When she snaps out of it she says "I'm sorry don't tell the Captain," but she later brags about lying to the Warden about the entire situation.

Earl Matthews

Earnest J. Mathews //////
901 FM 686
Dayton, TX. 77535

Federal Bldg.
211 W. Ferguson St. Room 106
Tyler TX. 75702

75702-72223